[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-14895
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 18, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-80973-CV-WJZ

ABD ELQADER HAWAMDEN,
on his own behalf and others
similarly situated,

Plaintiff-Appellant,

versus

A.M.K. PETROLEUM ENTERPRISES, INC.,
a Florida corporation,
KLEOPAS KLEOPA,
individually,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 18, 2009)

Before TJOFLAT, DUBINA and FAY, Circuit Judges.

PER CURIAM:

This appeal challenges the refusal of the trial judge to give a requested instruction for the jury in a suit for overtime compensation. Applying the deferential standard of review applicable, we find no error. The instructions given to the jury, considered as a whole, sufficiently instructed the jurors on the issues presented.

AFFIRMED.